[No. 61459-2-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. F.M.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-00207-3, LeRoy McCullough, J., entered March 24, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61473-8-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. K.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-00033-0, Michael Hayden, J., entered March 20, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61677-3-I.   Division One.   March 9, 2009.]

*In the Matter of the Marriage of* HENRY HARRISON VALENTINE, *Appellant*, and JULIE MARIE VALENTINE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-08086-5, Patricia H. Clark, J., entered April 18, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61707-9-I.   Division One.   March 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH WAYNE MILOJEVICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-06509-8, Jeffrey M. Ramsdell, J., entered April 18, 2008. *Affirmed* by unpublished per curiam opinion.